# United States District Court
# Northern District of Illinois
# Eastern Division

| | |
|---|---|
| CHRISTY BROWN )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>WILLIAM RAINEY HARPER )<br>COLLEGE, )<br>)<br>    Defendant. )<br>)<br>)<br>) | Case No.: 16-cv-01071<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## STIPULATION OF DISMISSAL WITH PREJUDICE

## PURSUANT TO FED. R. CIV. P. 41 (a)

Pursuant to the Federal Rule of Civil Procedure 41(a), Plaintiff, Christy Brown, and Defendant, William Rainey Harper College, by their respective undersigned counsel, hereby stipulate and agree to the dismissal of all claims in the above-captioned case with prejudice, with each party to bear their own costs and attorneys' fees.

By: _____

Candace D. Hansford
Hansford & Deckert LLP
30 North LaSalle Street, Suite 1210
Chicago, IL 60602
chansford@law-hd.com
(312) 448-6565
Attorney No. 6309186
*Attorney for Plaintiff*

By: _____

Caroline A. Roselli
Robbins, Schwartz, Nicholas,
Lifton & Taylor, Ltd.
55 West Monroe Street, Suite 800
Chicago, IL 60603
312-332-7760
Attorney No. 6279709
*Attorney for Defendant*